PER CURIAM.
Affirmed. Skinner v. Skinner, 561 So.2d 260 (Fla.1990); Smith v. State, 500 So.2d 125 (Fla.1986); See Jones v. State, 446 So.2d 1059 (Fla.1984); See Palmes v. State, 425 So.2d 4 (Fla.1983); McCrae v. State, 437 So.2d 1388 (Fla.1983); See Bailey v. State, 475 So.2d 296 (Fla. 2d DCA 1985); White v. State, 456 So.2d 1302 (Fla. 2d DCA 1984); Strickland v. Washington, 466 U.S. 668,104 S.Ct. 2052, 80 L.Ed.2d 674 (1987).